U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ISHMAEL A. EVANS # 02368354

Vs

1:22 cv 97

CIVIL NO.

Byran Collier Regional Executive Director

Bobby Lunpkie CID Director

Christopher Noswooth Head Warden

## DENIAL OF ACCESS TO THE COURTS

### TO THE HONORABLE Judge

#### I.

NOW COMES, The plaintiff Ishmael A. Evans files this motion Denial of Access to the courts.

#### II.

I arrived here at Mark W. Stiles February 17, 2022, ever since my arrival I've been placed in segergation / Restrictive Housing lockdown 24/7 without any process as to why I am in Restrictive housing. I started my TDC time at Byrd Unit in Huntsville without any disciplinary write ups and my security was never high risk.

#### III.

I have another case I am facing an trying to prepare for, but, the placement has me lockdown and don't have the access I need to prepare for my case. They will bring you a total of (2) print out to your cell, but this type of system makes research very hard and time consuming, and some courts have held that, without additional measures, such systems violates a prisoner's rights to Access the courts. Trujillo v. Williams, 465 F.3d 1210 (10th Cir. 2006) Marage v. Fontenot, 879 F. Supp. 679 (E.D. Tex. 1995).

## IV

If there is no ~~legtim~~ legitimate reasoning for placing me in Restrictive housing, I should be allowed to be placed in G population. If they don't have the room here, I ask to be moved to another Medical unit that has room so I am not placed in Restrictive Housing because that is considered false imprisonment with no process as to why your restricted from doing things like everyone eles.

## V

I should access to the court as anyone else and should not be a number on the things we ask from the law library. (Especially when Preparing for a case which causes harm to me or any other offender Preparing for a court date/Trial. See Knell v Bensinger, 489 F. 2d 1014, 1017 (7th Cir. 1973) Also see U.S. ex rel. Para Prof. Law Clinic v. Kane, 656 F. Supp. 1099, 1104 - 1105 (E.D. PA. 1987).

· WHEREFORE, the plaintiff respectfully pray this court enter Judgement in behalf of the plaintiff.

Respectfully Submitted
Ishmael Evans #02368354
Mark W. STILES UNIT
3060 FM 3514
Beaumont, Texas 77705

## VERIFICATION

I read the foregoing motion and verify that these issues are true and believe them to by true problems I am encountering. I certify under penalty of ~~pur~~ perjury that the foregoing is true and correct.

Fet March 1st 2022.    Executed at Mark W. STILES Unit, Beaumont, Tx

Ishmael Evans
_Ishmael Evans_

Dear District Court Clerk,

March 2, 2022

Can you please ~~file~~ file this motion with your court?

Thank you so much for your time.

Respectfully Submitted By:

Ishmael Evans

Mark W. Stiles Unit
3060 FM 3514
Beaumont, TX 77705

NAME Ishmael Evans
TDC# 2368354
STILES
3060 FM 3514
BEAUMONT, TEXAS 77705

CLERK U.S. DISTRICT COURT
RECEIVED
MAR 09 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

NORTH HOUSTON TX 773
7 MAR 2022  PM 2  L



FOREVER / USA

LEGAL LETTER

U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
300 Willow Street
Suite 104
Beaumont, TX 77701

77701-221729