Ishmael A. Evans #2368354
Stiles Unit
Bldg. 4 F-50b
3060 FM 3514
Beamount Beaumont, TX 77705
Case 1:22-cv-00097-MJT-ZJH

To: United States District Court
300 Willow Street, Suite 104
Beaumont, Texas 77701-2217

Oct. 14, 2022

Dear Honorable Clerk,

Greetings, I received the docket sheet today. Thank you for a timely response. As, I was reading the docket sheet, I seen an error, the Head Warden of Stiles is Christopher Norsworthy not Noswooth.

I am also asking a copy of the rules when filing papers with your court. Please forgive me for NOT asking this of you at the beginning of the filing of my suite. I mean no disrespect ~~disteet~~ to your court.

Thank you for your time and patience.

Respectfully Submitted this 14th day of October 2022.

Ishmael Ali Evans #2368354
Stiles Unit
Blg. 4 F-50b
~~Beaumo~~ 3060 FM. 3514
Beaumont, Texas 77705

NAME Ishmael A. Evans
TDC# 2368354
STILES
3060 FM 3514
BEAUMONT, TEXAS 77705

NORTH HOUSTON TX 773

30 NOV 2022 PM 1 L



United States District
District Court Clerk
300 Willow Street Room 104
Beaumont, Texas 77701-2214

CLERK, U.S. DISTRICT COURT
RECEIVED

DEC 02 2022

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

77701-221729