# United States District Court
## Eastern District of Texas

| | | |
|---|---|---|
| Ishmael A. Evans | § | Declaration In Support |
| vs | § | of Request to Proceed |
| | § | In Forma Pauperis |
| John W. Sibandze | § | |

I, Ishmael A. Evans, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, cost, or give security therefore, I state that because of my poverty I am unable to pay the cost of said proceedings or to give security therefore, that I believe I am entitled to relief.

1. Are you presently employed? No.
   (a) If yes, state the amount of your salary or wages per month, and give the name and address of your employer.
   N/A

   (b) If the answer is "no" state the date of last employment and the amount of the salary and wages per month which you received.
   June 2019 @ $8.40 per hour approximately 1,200 per month.

2. Have you received within the past twelve months any money from any of the following sources?
    (a) Business, profession or form of self-employment? No
    (b) Rent payments, interest or dividends? No
    (c) Pensions, annuities or life insurance payments? No
    (d) Gifts or inheritances? No
    (e) Any other sources? No

    If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.
    N/A

3. Do you own cash, or do you have money in a checking or savings account?
    No.

3b. Do you have any cash in your prison account?
    No
    If "yes" state the total value of items owned.
    Ø

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
    Ø

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   Ø

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on February, 06, 2023.

*Ishmael A. Evans #2368354*

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ _____ on account to his credit at the Mark W. Stiles Unit where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said Mark W. Stiles Unit. _____

_____
_____
_____

AUTHORIZED OFFICER OF INSTITUTION

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## RECORDS RELEASE AUTHORIZATION

I, the below named and numbered inmate, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS (Identify Court, Attorney, or entity as defined in Rule 3.9.2.1 – Special Correspondence Rules).

I, Inmate Ishmael Evans, TDCJ # 1368354, being presently incarcerated at the MARK W. STILES Unit/Facility of the Texas Department of Criminal Justice, in Beaumont / Jefferson County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 01 day of February, 2023.

By: _____ (Inmate Signature)     Witness: _____ (Approved Witnessing Authority Signature)

INSTRUCTIONS:

1. The inmate will complete the above information, then sign and date the Records Release Authorization in the presence of the approved Witnessing Authority (Access to Courts Representative).
2. The Witnessing Authority will identify the inmate by ID card or records and, upon verification, witnesses the inmate's signature by signing the Records Release Authorization, which Witnessing Authority will maintain.
3. The Witnessing Authority will print a copy of the inmate's "TFBA" computer screen, certify it, and retain a duplicate copy for their records.
4. The inmate is required to have an addressed, stamped envelope prepared for mailing. The Witnessing Authority will place a copy of the certified "TFBA" printout in the addressed, stamped envelope, the envelope will be sealed and placed in the outgoing mail.

ATCP-01 (rev. 03/2021)

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE          02/07/23
1MV2/TA00127              IN-FORMA-PAUPERIS DATA                    10:49:10
TDCJ#: 02368354 SID#: 05111573 LOCATION: STILES        INDIGENT DTE: 11/18/21
NAME: EVANS,ISHMAEL ALI DAOUD             BEGINNING PERIOD: 08/01/22
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.00 TOT HOLD AMT:       0.00 3MTH TOT DEP:       1.20
6MTH DEP:             1.75 6MTH AVG BAL:       0.00 6MTH AVG DEP:       0.29
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/23      1.20              1.20       10/22      0.55              0.55
12/22      0.00              0.00       09/22      0.00              0.00
11/22      0.00              0.00       08/22      0.00              0.00




STATE OF TEXAS COUNTY OF Jefferson
ON THIS THE 7th DAY OF February 2023 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____
```

[Notary seal: Anquanita R. Trimble, ID# 133452299, Notary Public, State of Texas, My Commission Expires 11/18/2025, Notary Without Bond]

Ishmael A. Evans #2368354
Mark W. Stiles
3060 FM 3514
Beaumont, Tx 77705

TO: United States District Court
District Clerk
300 Willow Street, Suite 104
Beaumont, Texas 77701

February 07, 2023

Dear Honorable District Clerk,

I am filing this complaint & Motion to proceed indigent with your clerk. Please file and bring to the business of the court on the next available docket sheet.

It is a common problem here on this unit, that the law library will not make photo copies and we have problems knowing when certain guards work and where, please make copies and please have the defendant served please.

Thank you for your time,
Ishmael Evans

Ishmael A. Evans #2368354
Mark W. Stiles
3060 FM 3514
Beaumont, Texas 77705

CLERK, U.S. DISTRICT COURT
RECEIVED
MAR 29 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

NORTH HOUSTON TX
27 MAR 2023 PM 9



United States District Court
300 Willow Street, Suite 104
Beaumont, Texas 77701-2217
Att: District Clerk

Legal Document 2/07

77701-221729